NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROMEGA CORPORATION,**
*Plaintiff-Appellant,*

AND

**MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V.,**
*Plaintiff,*

v.

**LIFE TECHNOLOGIES CORPORATION, INVITROGEN IP HOLDINGS, INC., AND APPLIED BIOSYSTEMS, LLC,**
*Defendants-Appellees.*

---

2011-1263

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0281, Senior Judge Barbara B. Crabb.

---

ON MOTION

---

ORDER

Life Technologies Corporation, Invitrogen IP Holdings, Inc., and Applied Biosystems, LLC, move to withdraw Kurtis D. MacFerrin as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 0 6 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: James R. Troupis, Esq.
Francis M. Wikstrom, Esq.
Kurtis D. MacFerrin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 6 2011

JAN HORBALY
CLERK